Chetwood *v.* Coffin.

the interest due on such mortgage, the taxes thereon being also unpaid, and there being no personal security, and the premises being insufficient, justifies the appointment of a receiver pending foreclosure.

Bill to foreclose.    Motion for receiver.

*Mr. Samuel Morrow, Jr.,* for the motion.

*Mr. Flavel McGee, contra.*

GEORGE R. CHETWOOD

*v.*

CARRIE C. COFFIN and others.

That an owner of part of the premises covered by a mortgage receives the rents therefrom, and refuses to apply them on account of the interest due on such mortgage, and there being no personal security, and the premises being insufficient, justifies the appointment of a receiver pending foreclosure, although the unpaid taxes on the premises may be a lien subsequent to the mortgage.

Bill for foreclosure.    Motion for receiver.

*Mr. John Chetwood*, for the motion.

*Mr. W. J. Magie*, contra.

THE CHANCELLOR.

The facts stated in the petition are admitted. It is admitted that the complainant has no personal security for the payment of his mortgage debt; that the mortgaged premises are an insufficient security for its payment, and that the defendants, the owners of the equity of redemption, have let the property, and take the rent, leaving the taxes unpaid, and also the interest upon the mortgage. There is, at least, a year's interest due on the mortgage, and the taxes for the last three years are unpaid.

The defendants insist that, inasmuch as the lien of those taxes is, under the adjudication in *Morrow* v. *Dows*, 1 *Stew.* 459, subsequent to the lien of the mortgage, there is no ground for the appointment of a receiver according to the decision in *Cortelyou* v. *Hathaway*, 3 *Stock.* 39. But, apart from the non-payment of the taxes, there is, in this case, misappropriation of the rents in not applying them to keeping down the interest. The defendants take the rents to their own use, and leave the interest unpaid.

There will be a receiver.